

**ORDERED in the Southern District of Florida on October 9, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

**YOEL TEJEDA,**  Case No. 20-18007-BKC-RAM
Chapter 7

Debtor.
_____/

**ORDER GRANTING TRUSTEE'S AGREED *EX-PARTE* MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

**THIS CAUSE**, having come before the Court upon the Trustee's Agreed *Ex-Parte* Motion to Extend Time to Object to Debtor's Claimed Exemptions ("Motion") (ECF #19), and the Court having reviewed the Motion and the record herein, and having been advised that the parties are in agreement, it is

**ORDERED** that said Motion is **GRANTED**.

1. Barry E. Mukamal, Trustee, shall have up to and including October 26, 2020 in which to file objections to the Debtor's claimed exemptions.

###

Submitted By:
Barry E. Mukamal, Trustee
PO Box 14183
Fort Lauderdale, FL 33302
Telephone: (786) 517-5760
bmukamal@kapilamukamal.com

Copies furnished to:
Barry E. Mukamal, is directed to serve copies of this Order on all parties listed and file a certificate of service.